In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-11417

————————————

LINDA BANKS,

Plaintiff-Appellant,

*versus*

MARKETSOURCE, INC.,

Defendant-Appellee.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:18-cv-02235-JSA

————————————

JUDGMENT

2                                                           23-11417

It is hereby ordered, adjudged, and decreed that the opinion is-
sued on this date in this appeal is entered as the judgment of this
Court.

Entered: July 3, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  August 1, 2025